# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 583 MAL 2020

                   Respondent    :

                               :   Petition for Allowance of Appeal
                               :   from the Order of the Superior Court

               v.                                :

                               :

TIMOTHY OLIVER BARR II,          :

                       :

               Petitioner      :

## ORDER

**PER CURIAM**

     **AND NOW**, this 28th day of April, 2021, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** the issues set forth below. Allocatur is **DENIED** as to all remaining issues. The issues, rephrased for clarity, are:

(1)      What weight, if any, should the odor of marijuana be given in determining whether probable cause exists for a warrantless vehicle search, in light of the enactment of the Medical Marijuana Act, 35 P.S. § 10231.101 *et seq.*?

(2)      To what extent does this Court's decision in *Commonwealth v. Hicks*, 208 A.3d 916 (Pa. 2019), apply to probable cause determinations involving the possession of marijuana following the enactment of the Medical Marijuana Act, 35 P.S. § 10231.101 *et seq.*?